HENRY S. ORR et al., as Executors and Trustees under the Will of JOHN C. ORR, Deceased, Respondents, *v.* DOUBLEDAY, PAGE & COMPANY, Appellant.

(Submitted May 13, 1918; decided May 17, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 223 N. Y. 334.)

---

WILLIAM I. T. FOSDICK, as Assignee of JOSEPH S. MULRONEY, Respondent, *v.* METAL SHELTER COMPANY, INC., Appellant.

(Submitted May 13, 1918; decided May 17, 1918.)

MOTION to amend remittitur. (See 223 N. Y. 653.)

Motion denied, with ten dollars costs. The question whether the statute is violative of the Constitution has not been considered for the reason the question was not raised in the court below.